UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KESTER SANDY,<br><br>                    Petitioner,<br><br>        -against-<br><br>UNITED STATES PROBATION AND PRETRIAL SERVICES,<br><br>                    Respondent. | 22-CV-4171 (JPO)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2241 |

J. PAUL OETKEN, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated: June 27, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge