UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KESTER SANDY,<br><br>                              Petitioner,<br><br>-against-<br><br>UNITED STATES PROBATION AND PRETRIAL SERVICES,<br><br>                              Respondent. | Case No. 1:22-cv-04171 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On October 21, 2022, the Court ordered that Petitioner, who is proceeding *pro se*, file an Amended Petition in this action, indicating where he intends to serve his term of supervised release on or before **December 29, 2022**.  ECF No. 8.  The deadline for that submission has now passed, and the Court has not received anything from Petitioner.  The Court will provide a further extension and HEREBY ORDERS that Petitioner shall file an Amended Petition no later than **February 21, 2023**.  Failure to file the Amended Petition will likely result in dismissal of this action for failure to prosecute, without further notice to Petitioner.

The Clerk of Court is respectfully directed to mail a copy of this Order and the Opinion at ECF No. 8 to Petitioner.

Dated: January 31, 2023
           New York, New York

                                                                        SO ORDERED.

                                                                        *Jennifer Rochon*
                                                                        JENNIFER L. ROCHON
                                                                        United States District Judge